**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60732
Conference Calendar
_____

DONALD LEE FLORES,

Petitioner-Appellant,

versus

KHURSHID Z. YUSUFF,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:01-CV-217-BR-S
- - - - - - - - - -

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Donald Lee Flores, federal prisoner # 01508-017, seeks leave
to proceed in forma pauperis ("IFP") in his appeal from the
district court's order dismissing his 28 U.S.C. § 2241 petition
for lack of jurisdiction. To obtain leave to proceed IFP on
appeal, Flores must demonstrate both financial eligibility and
that he will present a nonfrivolous issue on appeal. See Carson
v. Polley, 689 F.2d 562, 586 (5th Cir. 1982). Flores has
arguably demonstrated that he is financially eligible to proceed
IFP, but he has failed to present a nonfrivolous issue for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appeal.  The district court lacked jurisdiction to consider Flores' 28 U.S.C. § 2241 petition as he has not shown that he is entitled to raise his claims under the savings clause of 28 U.S.C. § 2255.  See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000).

Because Flores has failed to show that he will raise a nonfrivolous issue on appeal, his motion to proceed IFP on appeal is DENIED.  See Carson, 689 F.2d at 586.  Because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.

IFP MOTION DENIED; APPEAL DISMISSED.